**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 15 2018

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-760 JB |
| ) | |
| vs. ) | Counts 1-3: 18 U.S.C. § 641: Unlawful |
| ) | Conversion of Government Property. |
| **NANCY NUNEZ**, ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The Grand Jury charges:

Count 1

On or about August 31, 2016, in Bernalillo County and elsewhere, in the District of New Mexico, the defendant, **NANCY NUNEZ**, did knowingly, willfully, and unlawfully convert to private use property of value belonging to the United States, with the intention of depriving the United States of its use or benefit, and that property had a value of more than $1,000, specifically, an Apple MacBook Pro laptop computer.

In violation of 18 U.S.C. § 641.

Count 2

On or about July 13, 2016, in Bernalillo County and elsewhere, in the District of New Mexico, the defendant, **NANCY NUNEZ**, did knowingly, willfully, and unlawfully convert to private use property of value belonging to the United States, with the intention of depriving the United States of its use or benefit, and that property had a value of more than $1,000, specifically, an Apple MacBook Pro laptop computer.

In violation of 18 U.S.C. § 641.

<u>Count 3</u>

On or about July 20, 2016, in Bernalillo County and elsewhere, in the District of New Mexico, the defendant, **NANCY NUNEZ**, did knowingly, willfully, and unlawfully convert to private use property of value belonging to the United States, with the intention of depriving the United States of its use or benefit, and that property had a value of more than $1,000, specifically, an Apple MacBook Pro laptop computer.

In violation of 18 U.S.C. § 641.

Respectfully Submitted,

JOHN C. ANDERSON
United States Attorney

PAUL MYSLIWIEC
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274